AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND and APPRENTICE & TRAINEE PROGRAM FUND

CASE NUMBER: 08CV3385

V.

ASSIGNED JUDGE: JUDGE DOW

GLENAR CONSTRUCTION, INC.

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)

GLENAR CONSTRUCTION, INC.
C/O JOHN H. WINAND, REGISTERED AGENT
800 WAUKEGAN ROAD
SUITE 202
GLENVIEW, IL 60025

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
WHITFIELD McGANN & KETTERMAN
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Nadine Hurley* (signature)

(By) DEPUTY CLERK

June 12, 2008

Date

ClientCaseID:   N7709/DPM
Law Firm ID:    WHITFIEL


*1 8 9 3 7 8 A *

CaseReturnDate:   7/2/08

Affidavit of Special Process Server

# UNITED STATES BANKRUPTCY COURT

Case Number **08CV3385**

I, BARNETT S. KOLTON

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN   **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **GLENAR CONSTRUCTION INC**
PERSON SERVED **LISA BURNMEISTER, LEGAL ASSISTANT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **6/23/08**

That the sex, race and approximate age of the person whom I left the   **SUMMONS AND COMPLAINT**
are as follow:
  Sex  FEMALE   Race  WHITE    Age  37
  Height  5'4"   Build  MEDIUM   Hair  BLONDE

LOCATION OF SERVICE   **800 WAUKEGAN ROAD SUITE 202**
                      **GLENVIEW, IL, 60025**

Date Of Service   6/23/08         Time of Service  2:10 PM

_____
BARNETT S. KOLTON          6/24/2008
**Special Process Server**
P.E.R.C.#129-170762

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

_____